# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

ANNE O'BOYLE,
    Plaintiff

v.          CASE NUMBER: 17-C-0957

REAL TIME RESOLUTIONS, INC.,
    Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the complaint and this action are dismissed on the merits.

December 22, 2017                        Stephen C. Dries
Date                                             Clerk

                                                         s/ G. Colletti
                                                         (By) Deputy Clerk